# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DANIEL SANDERS, ADC #94279**                                                             **PLAINTIFF**

**V.**                             **NO. 5:15-CV-00042 BRW**

**WENDY KELLY, Director, Arkansas**
**Department of Correction,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 6th day of October, 2015.

                         /s/ Billy Roy Wilson
                         UNITED STATES DISTRICT JUDGE